IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
__Harrisonburg__ DIVISION

Mesmake H. Mikael

_____,
Plaintiff(s),

v.

Georges Chicken LLC

_____,
Defendant(s).

(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

Civil Action No.: __5:25 cv11__
(To be assigned by Clerk of District Court)

COMPLAINT

PARTIES

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

   a. Plaintiff No. 1

      Name: Mesmake H. Mikael

      Address: 249 E. Johnson St, H'burg, Va 22802

      Telephone Number: 540-271-6563

   b. Plaintiff No. 2

      Name: _____

      Address: _____

      Telephone Number: _____

*Actual Work Location is:*
*19992 Senedo Rd.*
*Edinburg, Va. 22824*

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

*George's Chicken in Edinburg, Va.*

a. Defendant No. 1   *Correspondant for George's*

Name: *Chris D. Mitchell*

Address: *P.O. Drawer G., Springdale, Arkansas 72765*
*Tel# (479) 972-7732*

b. Defendant No. 2

Name: _____

Address: _____

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

3. What is the basis for federal court jurisdiction?

☑ Federal Question   ☒ ~~Diversity of Citizenship~~ *n/a*   ☐ Government Defendant

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

*1967 (ADEA) - age discrimination*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: _____     State of Citizenship: _____

Plaintiff No. 2: _____     State of Citizenship: _____

Defendant No. 1: _____     State of Citizenship: _____

Defendant No. 2: _____     State of Citizenship: _____

Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached: ☐

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. ① I've applied for Supervisor Positions while I was employed at Georges Chicken LLC not less than 10 times in the Past 13 yrs. I was hired in August 2010 & Voluntarily resigned on July 2023. I think I am a victim of Age Discrimination

② They hire from the outside; those hired from outside lasted only from one month to a year. None of them are at the company mea

③ They give a good moral support to keep applying, not to give up. Each & every interview was applauded by the interviewers, but to no avail. From one interview to the next: the same thing. "keep applying".

④ From May 2023 - July 2023, I applied for 3 Supervisor Positions. The positions were already filled up - I haven't even been interviewed. I asked the personell managers: Why I wasn't invited for interview for the open positions? Their answer was, "We just gave the positions to so and so". ---. In the past I've already applied for 5 or more times for the Supervisor Positions, and I believe age has to do with all these scrutiny.

⑤ Supervisors come and go without a job posting or it will be posted after they acquired the position.

⑥ They have made me sign disciplinary actions taken by the Supervisor, in which, I've argued about - to no avail. You sign or your job is at risk.

⑦ One of the disciplinary action was in regard to throwing carcass in the wrong receptacle. That day they have only one bin to put everything, in addition to me getting the permission from the D.A. and the lead person from the MDM. Even the USDA personell acknowledged the discrepancy in an email sent to the Supervisor. Well, I've to sign the disciplinary report. Leave. I believe these whole scheme is for me to give up and

Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached ☐

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I believe I am a victim of Age discrimination. I am now 64 yrs old. I am not sick or disabled. I've a college BSc degree in Management from Eastern Mennonite University.

I have to rely upon the Courts judgement for compensation and due justice.

DEMAND FOR JURY TRIAL: ☐ YES    ☐ NO

Signed this 21 day of Feb, 2025

Signature of Plaintiff No. 1 _Meonvelle A. Michael_

Signature of Plaintiff No. 2 _____

NOTE: All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.